UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
FRED ALSTON , as a Trustee of THE LOCAL 272          Civil Action No.
LABOR-MANAGEMENT PENSION FUND;             19 CV 7657 (PKC)
FRED ALSTON , as a Trustee of THE LOCAL 272          ECF Case
WELFARE FUND,

                    Plaintiffs,

                                              DEFAULT
                                              JUDGMENT
    -against-

ST CHARLES GARAGE and MJS MANAGEMENT,

                    Defendant.
----------------------------------------------------------------------X

This action having been commenced by the filing of a complaint and the issuance of a

summons on August 15, 2019, and the summons and complaint having been served on defendant,

ST CHARLES GARAGE, by personal service on September 30, 2019, proof of service having

been filed with the Office of the Clerk of this Court on October 7, 2019, and the summons and

complaint having been served on defendant, MJS MANAGEMENT, by personal service on

September 18, 2019, proof of service having been filed with the Office of the Clerk of this Court

on September 25, 2019, and defendants, ST CHARLES GARAGE and MJS MANAGEMENT, not

having appeared, answered or otherwise moved with respect to the complaint herein, and the time

for said defendants to appear, answer or otherwise move having expired, it is

ORDERED, ADJUDGED AND DECREED that FRED ALSTON, as a Trustee of THE

LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE

LOCAL 272 WELFARE FUND, with offices at 220 East 23rd Street, 8th Floor, New York, NY

10010, have judgment against the defendants, ST CHARLES GARAGE and MJS MANAGEMENT,

whose last known address is 425 West 59th St, New York, NY 10019, for the relief demanded in the

Complaint to Wit: that defendants are indebted to plaintiffs as follows:

| | |
|---|---|
| LOCAL 272 PENSION FUND | $    0.00 |
| LOCAL 272 WELFARE FUND | $ 1,066.71 |

all of which total $1,066.71 (29 U.S.C. § 1132 (g)(2)(A), with interest at the rate of 18%

from January 1, 2018 through November 4, 2019, of $258.86 (29 U.S.C. § 1132 (g)(2)(B), and

additional interest at the rate of 18% of $258.86 (29 U.S.C. § 1132 (g)(2)(C), and awarding plaintiffs

attorneys' fees of $ 316.87 (29 U.S.C. § 1132 (g)(2)(D) and costs of $529.64 (29 U.S.C. § 1132

(g)(2)(D), against defendants, all totaling $2,430.94 and it is further,

ORDERED AND ADJUDGED that the judgment rendered by the Court on this day in favor

of the plaintiffs be entered as a final judgment against ST CHARLES GARAGE and MJS

MANAGEMENT, and the Clerk of the Court is directed to enter such judgment forthwith.

*The Clerk shall close the case and Terminate all motions*

Dated: New York, New York

_____
United States District Judge

_____
12-5-19
Date